IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DELARRON KEITH WASHINGTON                                                                 PETITIONER

v.                                         No. 6:21-cv-06041

DEXTER PAYNE, Director,                                                                   RESPONDENT
Arkansas Division of Correction

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Petitioner's Motion to Withdraw Petitions. ECF No. 10. With this Motion, Petitioner seeks to withdraw his *habeas* petitions in this case. Petitioner represents that he "and his attorney have reviewed and researched the grounds alleged in the Petition and the basis for said grounds, as well as the Response filed by the Respondent," and he now seeks to withdraw his Petitions without prejudice to refiling.

His original Petition was filed on April 16, 2021 and supplemented on May 18, 2021. ECF Nos. 1, 4. Respondent filed a response on June 17, 2021. ECF No. 9. No additional action has been taken in this matter. Based upon these facts and Petitioner's representations, the Court recommends Petitioner's Motion (ECF No. 10) be **GRANTED**, and Petitioner's case be dismissed without prejudice.[1]

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

---

[1] The Court has contacted the Attorney General's Office by e-mail, and Respondent has no objections to this Motion.

**district court**.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

    **DATED this 20th day of August 2021.**

                                                             /s/ *Barry A. Bryant*
                                                    HON. BARRY A. BRYANT
                                                    U. S. MAGISTRATE JUDGE