IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DELARRON KEITH WASHINGTON                                                    PETITIONER

v.                                    Case No.  6:21-cr-6041

DEXTER PAYNE, Director,
Arkansas Division of Correction                                              RESPONDENT

**ORDER**

      Before the Court is the Report and Recommendation filed August 20, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11.  Judge Bryant recommends that Petitioner's Motion to Withdraw Petition (ECF No. 10) be granted.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Petitioner's Motion to Withdraw Petition (ECF NO. 10) is **GRANTED**, and his Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (ECF No. 1) and supplemental petition (ECF No. 4) are hereby **WITHDRAWN**.

      **IT IS SO ORDERED**, this 1st day of October, 2021.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge